66333.064
\\assb-data\docs\gea\banos.i\mot dismiss.docx
6/2/15/gsl

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IRVIN BANOS | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:15-cv-301-SS |
| | § | |
| TORRY STEVENSON AND | § | |
| BIG M TRANSPORTATION, INC. | § | |
|     Defendants | § | |
| | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff, IRVIN BANOS, and files this his Motion to Dismiss with Prejudice, and for such would show the Court as follows:

I.

The Plaintiff no longer desires to prosecute his claims against Defendants, TORRY STEVENSON AND BIG M TRANSPORTATION, INC., and requests that the Court dismiss Plaintiff's claims against said Defendants with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Motion be in all things granted and that all claims against Defendants TORRY STEVENSON AND BIG M TRANSPORTATION, INC. be dismissed with prejudice.

Respectfully submitted,

LORENZ & LORENZ, LLP
1705 S. Capital of Texas Hwy, Suite 401
Austin, Texas 78746
Telephone: (512) 477-7333
Facsimile: (512) 477-1855
priceainsworth@lorenzandlorenz.com

By: _____
    PRICE AINSWORTH
    State Bar No. 00950300

ATTORNEY FOR PLAINTIFF
IRVIN BANOS