66333.064
\\assb-data\docs\gea\banos.i\ord dismiss.docx
6/2/15/gsl

FILED
16 DEC 19 AM 9: 37
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IRVIN BANOS | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:15-cv-301-SS |
| | § | |
| TORRY STEVENSON AND | § | |
| BIG M TRANSPORTATION, INC. | § | |
|     Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this 15th day of December, 2016, came on to be considered Plaintiff's Motion to Dismiss with Prejudice in the above cause, and the Court having considered said Motion, is of the opinion that it should be and the same is hereby granted.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff IRVIN BANOS'S cause of action against Defendants TORRY STEVENSON AND BIG M TRANSPORTATION, INC. be dismissed with prejudice.

SIGNED this 15th day of December, 2016.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

LORENZ & LORENZ, LLP
1705 S. Capital of Texas Hwy, Suite 401
Austin, Texas 78746
Telephone: (512) 477-7333
Facsimile: (512) 477-1855
priceainsworth@lorenzandlorenz.com

By: _____
    PRICE AINSWORTH
    State Bar No. 00950300

ATTORNEY FOR PLAINTIFF
IRVIN BANOS

ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
SWBC Tower
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228
tadami@adamilaw.com

By: _____
    *Paul D. Huckabay* (digitally signed)
    PAUL D. HUCKABAY
    State Bar No. 24032316

ATTORNEY FOR DEFENDANTS
TORRY STEVENSON AND BIG M TRANSPORTATION, INC.